John A. Dahlin, appellant, v. The Maytag Company, appellee. Gen. No. 7,649.

Trespass on the case for breach of written contract. Judgment for plaintiff on part of claim, from which he appeals. Appeal from the Circuit Court of Winnebago county; the Hon. E. D. Reynolds, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed December 6, 1926.

Garrett, Maynard & Fell, for appellant. Knight & Mohr and Welsh & Welsh, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

Anna F. Whitehurst, appellee, v. Theatres Operating Company, appellant. Gen. No. 7,697.

Action to recover for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed December 6, 1926.

Henry Kneller, for appellant; George W. Hunt, of counsel. J. W. Templeman and Clarence W. Heyl, for appellee; Heyl & Heyl, of counsel.

Mr. Presiding Justice Partlow delivered the opinion of the court.

F. J. Miller, appellee, v. Christian Scheler and Loren Scheler, trading as Christian Scheler & Son, appellants. Gen. No. 7,710.

Suit to recover wages. Judgment for plaintiff. Appeal from the City Court of Sterling; the Hon. I. L. Weaver, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed December 6, 1926.

Jacob Cantlin and Lawrence L. Winn, for appellants. Van Sant & Beese, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

M. A. Countryman, appellant, v. Farmers' Grain Company of Esmond, Illinois, appellee. Gen. No. 7,659.

Trespass on the case to recover under landlord's lien. Judgment for defendant. Appeal from the Circuit Court of De Kalb county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed December 8, 1926.

Gardner & Gardner, for appellant. Smith & Brower, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

First Trust & Savings Bank of Morris, Illinois, defendant in error, v. E. W. Walker et al. I. B. Walker, plaintiff in error. Gen. No. 7,555.

Judgments by confession on notes. Error on denial of motions to vacate. Error to the Circuit Court of Grundy county; the Hon. S. C. Stough, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded with directions. Opinion filed December 11, 1926. Rehearing denied February 24, 1927.

J. W. Rausch and Allen T. Percy, for plaintiff in error. Hayes, Munts & Young, for defendant in error.

Mr. Presiding Justice Partlow delivered the opinion of the court.